UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

United States of America,  )   Case No. 4-17-70336 MAG
                           )
    Plaintiff,              )   STIPULATED ORDER EXCLUDING
                           )   TIME UNDER THE SPEEDY TRIAL ACT
    v.                     )
Jammy Sulton                )                FILED
                           )              MAR 1 4 2017
    Defendant.              )
                                     SUSAN Y. SOONG
                                CLERK, U.S. DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA

For the reason stated by the parties on the record on 3/14/17, the Court excludes time under the Speedy Trial Act from 3/14/17, to 4/13/17, and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factors:

_____  Failure to grant a continuance would be likely to result in a miscarriage of justice.
         See 18 U.S.C. § 3161(h)(7)(B)(I).

_____  The case is so unusual or so complex, due to [circle applicable reasons] the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. See 18 U.S.C. § 3161(h)(7)(B)(ii).

_____  Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

_____  Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

✓  Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

✓  For the reasons stated on the record, it is further ordered that time is excluded under 18 U.S.C. § 3161(b) and waived with the consent of the defendant under Federal Rules of Criminal Procedure 5.1(c) and (d).

_____  For the reasons stated on the record, it is further ordered that time is excluded under 18 U.S.C. § 3161(h)(1)(E)(F) for delay resulting from removal/transport of the defendant to another district.

**IT IS SO ORDERED.**

DATED: 3/14/17

                                    _____
                                    Kandis A. Westmore
                                    United States Magistrate Judge

STIPULATED: _____         _____
            Attorney for Defendant           Assistant United States Attorney