1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  THOMAS R. GREEN (CABN 203480)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3695
7      Fax: (510) 637-3724
       E-Mail: Thomas.Green@usdoj.gov
8  Attorneys for United States of America

9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13  UNITED STATES OF AMERICA,              ) No. CR 17-70336 MAG
                                           )
14        Plaintiff,                       ) STIPULATION AND [PROPOSED] ORDER
                                           ) CONTINUING SEPTEMBER 29, 2017
15     v.                                  ) APPEARANCE AND EXCLUSION OF TIME
                                           ) UNDER THE SPEEDY TRIAL ACT AND
16  SAMMY SULTAN,                          ) WAIVER OF TIME UNDER FEDERAL RULE OF
                                           ) CRIMINAL PROCEDURE 5.1
17        Defendant.                       )
                                           )
18                                         )
                                           )
19

20        Plaintiff United States of America and defendant Quincy Andrew Krashna, by and through their

21  respective counsel of record, hereby stipulate as follows:

22        1.     The United States has charged defendant Sammy Sultan by Criminal Complaint with

23  making various threats by telephone calls placed to law enforcement agencies in the United States and

24  abroad, in violation of 18 U.S.C. § 875 and 47 U.S.C. § 223.  The defendant has been detained since

25  September 12, 2017, following a bail review hearing.

26        2.     The parties are currently scheduled to appear before the Court on September 29, 2017, for

27  arraignment on a pending Information, but desire additional time for the defendant to be able to review

28  the discovery produced in this case and discuss the possibility of an early resolution.  The parties are

also aware that the Court will next be in regular session on the Magistrate Court calendar during the month of November 2017.

3. The government has produced substantial discovery in this case and defense counsel requests additional time to meet with her client and discuss the evidence in this case, as it pertains to his preparation for trial and possible resolution of the charges.

4. The parties jointly request that the September 27, 2017 appearance be continued to November 9, 2017, to allow the defendant the time he and his counsel desire to perform the aforementioned analysis and the parties to engage in discussions regarding resolution.

5. For these reasons, the parties also stipulate to exclude the time between September 29, 2017 and November 9, 2017, from the time in which the defendant must be brought to trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), on the basis that the ends of justice served by the continuance outweigh the best interests of the public and defendant in a speedy trial. Failing to exclude this time would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. For these reasons, the defendant also agrees to continue to waive time under Federal Rule of Criminal Procedure 5.1, and agrees to waive time under Rule 5.1 until the requested November 9, 2017 hearing date. The parties agree that good cause supports the waiver and an extension of time for defendant to be charged by indictment or information, because the waiver is requested and extension sought in order for the parties to explore a prompt disposition of this case.

IT IS SO STIPULATED.

Dated: September 27, 2017                            BRIAN J. STRETCH
                                                                        United States Attorney

                                                                        /s/ *Thomas R. Green*
                                                                        THOMAS R. GREEN
                                                                        Assistant United States Attorney

Dated: September 27, 2017                            /s/ *Angela Hansen*

|   |   |
|---|---|
| 1 | ANGELA HANSEN |
| 2 | Attorney for Defendant Sammy Sultan |
| 3 | |
| 4 | **ORDER** |

Based upon the stipulations and representations of counsel, and for good cause shown, the Court finds that failing to exclude the time between from September 29, 2017 through November 9, 2017 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 29, 2017 through November 9, 2017, from computation under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial. Therefore, **IT IS HEREBY ORDERED** that the matter is set before this Court on November 9, 2017 at 9:30 a.m. for status and arraignment, and that the time from September 29, 2017 through November 9, 2017, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court further finds that the defendant has waived time under Federal Rule of Criminal Procedure 5.1, and that good cause supports the waiver of time under 5.1 and an extension of time for defendant to be charged by indictment or information, because the waiver is requested and extension sought in order for the parties to explore a prompt disposition of this case. Time is waived under Rule 5.1 until November 9, 2017.

IT IS SO ORDERED.

DATED: September 27, 2017

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge