1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  THOMAS R. GREEN (CABN 203480)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, CA 94612
        Telephone: (510) 637-3695
7       Fax: (510) 637-3724
        E-Mail: Thomas.Green@usdoj.gov
8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-70336 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING NOVEMBER 9, 2017 APPEARANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT AND WAIVER OF TIME UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 5.1 |
| v. | |
| SAMMY SULTAN, | |
| Defendant. | |

Plaintiff United States of America and defendant Sammy Sultan, by and through their respective counsel of record, hereby stipulate as follows:

1. The United States has charged defendant Sammy Sultan by Criminal Complaint with making various threats by telephone calls placed to law enforcement agencies in the United States and abroad, in violation of 18 U.S.C. § 875 and 47 U.S.C. § 223. The defendant has been detained since September 12, 2017, following a bail review hearing.

2. The parties are currently scheduled to appear before the Court on November 9, 2017, for arraignment on a pending Information, but desire additional time for the defendant to be able to review

the discovery produced in this case and discuss the possibility of an early resolution. Counsel for the defendant also a personal matter to attend to that makes her unavailable for the presently scheduled appearance and reduces the time she has available to meet with her client to discuss the evidence in this case.

3. The government has produced substantial discovery in this case and defense counsel requests additional time to meet with her client and discuss the evidence in this case, as it pertains to his preparation for trial and possible resolution of the charges.

4. The parties jointly request that the November 9, 2017 appearance be continued to November 21, 2017, to allow the defendant the time he and his counsel desire to perform the aforementioned analysis and the parties to engage in discussions regarding resolution.

5. For these reasons, the parties also stipulate to exclude the time between November 9, 2017 and November 21, 2017, from the time in which the defendant must be brought to trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), on the basis that the ends of justice served by the continuance outweigh the best interests of the public and defendant in a speedy trial. Failing to exclude this time would deny the defense continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. For these reasons, the defendant also agrees to continue to waive time under Federal Rule of Criminal Procedure 5.1, and agrees to waive time under Rule 5.1 until the requested November 21, 2017 hearing date. The parties agree that good cause supports the waiver and an extension of time for defendant to be charged by indictment or information, because the waiver is requested and extension sought in order for the parties to explore a prompt disposition of this case.

IT IS SO STIPULATED.

Dated: November 7, 2017										BRIAN J. STRETCH
United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Thomas R. Green*
THOMAS R. GREEN
Assistant United States Attorney

Dated: November 7, 2017            /s/ *Angela Hansen*
ANGELA HANSEN
Attorney for Defendant Sammy Sultan

## **ORDER**

Based upon the stipulations and representations of counsel, and for good cause shown, the Court finds that failing to exclude the time between from November 9, 2017 through November 21, 2017, would deny defendant continuity of counsel and deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 9, 2017 through November 21, 2017, from computation under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial. Therefore, **IT IS HEREBY ORDERED** that the matter is set before this Court on November 21, 2017 at 9:30 a.m. for status and arraignment, and that the time from November 9, 2017 through November 21, 2017, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court further finds that the defendant has waived time under Federal Rule of Criminal Procedure 5.1, and that good cause supports the waiver of time under 5.1 and an extension of time for defendant to be charged by indictment or information, because the waiver is requested and extension sought in order for the parties to explore a prompt disposition of this case. Time is waived under Rule 5.1 until November 21, 2017.

IT IS SO ORDERED.

DATED: November  8 , 2017        _/s/ Kandis Westmore_
HON. KANDIS A. WESTMORE
United States Magistrate Judge